Mondric BRADLEY, Plaintiff–Appellant

v.

Christopher B. EPPS; Malcom McMillian; Kay Washington; Robert Sterlin, Defendants–Appellees.

No. 14–60490.

United States Court of Appeals, Fifth Circuit.

Jan. 25, 2016.

Mondric Bradley, Parchman, MS, pro se.

Before JOLLY, DENNIS, and PRADO, Circuit Judges.

PER CURIAM: *

On limited remand from this court, the district court granted Mondric Bradley's motion under Federal Rule of Civil Procedure 59(e) and reopened Bradley's 42 U.S.C. § 1983 action, which it had dismissed. Because the judgment of dismissal from which Bradley filed his notice of appeal is no longer in effect, the appeal does not present a live controversy and is moot. *See Rocky v. King,* 900 F.2d 864, 867 (5th Cir.1990). Accordingly, the appeal is DISMISSED as MOOT, and Bradley's motion to proceed in forma pauperis is DENIED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.